# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALDIN LEWIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No: CIV-24-1112-PRW |
| WILAYAT HUSSAIN and<br>CHANDI 209 TRUCKING, INC., | ) ) ) |
|     Defendants. | ) ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## FINAL EXHIBIT AND WITNESS LISTS OUT OF TIME

Defendants Wilayat Hussain and Chandi 209 Trucking, Inc., by and through counsel of record, hereby move this honorable court to allow filing of Defendants Final Exhibit and Witness lists out of time. The Defendants Final Exhibit and Witness lists were due December 11, 2025. Dkt. 13 at paragraphs 4 and 5.

As the Court may not be aware, the firm of the undersigned has undergone significant structural and staffing changes of the preceding months. Unfortunately, in said transition, a docketing error occurred and Defendants Final Exhibit and Witness lists were omitted. The undersigned takes full responsibility for the oversight and has implemented procedures to ensure further disruption is avoided. Allowing Defendants to submit their Exhibit and Witness lists will not prejudice Plaintiff as all witnesses sponsored by Defendants have been previously disclosed and are also submitted by Plaintiff's Final Exhibit and Witness lists, Dkts. 19 and 20, with the exception of Plaintiff's primary care physician, Defendant's Witness No. 17, and Ronald Blevins, Defendant's previously

submitted Expert Witness, Dkt., 24. Allowing the requested relief will not affect any other deadlines herein. Nevertheless, the parties have conferred and Plaintiff objects to Defendant submitting their filings out of time. (Ex. 1, correspondence from Plaintiff's counsel. Proposed filings are attached hereto as Ex. 2.)

WHEREFORE, premises considered, Defendants respectfully pray that the Court allow them to file their Final Exhibit and Witness lists out of time.

Respectfully submitted,

s/Seth A. Caywood
MAURICE G. WOODS, II, OBA #16582
SETH A. CAYWOOD, OBA #30517
MAURICE WOODS II PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
mw@mwoodslaw.com
seth@mwoodslaw.com
***Attorneys for Defendants***

- 3 -

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 18th day of December, 2025, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 444-4444
Facsimile: (405) 232-0058
nate@parrishdevaughn.com
grant@parrishdevaughn.com
***Attorneys for Plaintiff***

                                                       s/Seth A. Caywood
                                                      SETH A. CAYWOOD