## Seth Caywood

| | |
|---|---|
| **From:** | Grant Gibson <Grant@parrishdevaughn.com> |
| **Sent:** | Thursday, December 18, 2025 9:59 AM |
| **To:** | Seth Caywood; Nate Rex; Dawn Neal |
| **Cc:** | Nate Rex; Robin Jacobs; Kaitlyn Woods; Travis Leverett |
| **Subject:** | RE: Aldin Lewis case |

Seth:

We will object to you filing your witness and exhibit lists out of time. The applicable deadlines were never stayed, and we complied with them with the expectation that all parties would do the same.

We have made good-faith efforts to work with you on various issues throughout this case and have accommodated the majority of your requests without reciprocal accommodation. At this point, we cannot agree to any untimely filings. We are prepared to proceed to trial as scheduled and will not consent to further delays. Accordingly, we will move to strike any filings submitted outside the established deadlines.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t (405) 444-4444
t (405) 232-0058
e grant@parrishdevaughn.com

a 3601 N. Classen Boulevard
Oklahoma City, Oklahoma 73118
w http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Thursday, December 18, 2025 9:05 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Grant,

It looks like I overlooked filing my Witness and Exhibit lists. Do you object to our requesting leave to file it out of time?

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile