IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALDIN LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: CIV-24-1112-PRW ) |
| WILAYAT HUSSAIN, et al., | ) ) |
| Defendants. | ) |

## DEFENDANTS' FINAL EXHIBIT LIST

**COMES NOW** the Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc., and submits the following final list of exhibits expected to be used at trial. Defendants reserves the right to amend this list of exhibits pending further discovery.

## EXHIBITS EXPECTED TO BE USED

| No. | Exhibits |
|---|---|
| 1. | Accident Reporting Procedures Form (CHANDI 00001) |
| 2. | Transverse Common Policy Declarations (CHANDI 00002-00245) |
| 3. | Oklahoma Official Collision Report (CHANDI 00246-00248) |
| 4. | Indiana Registration Cab Card (CHANDI 00249) |
| 5. | Copy of IFTA IN Sticker (CHANDI 00250) |
| 6. | Copy of Department of Transportation Sticker (NY) (CHANDI 00251) |
| 7. | Lease Agreement (CHANDI 00252) |
| 8. | Permit List (CHANDI 00253 – CHANDI 00255) |
| 9. | UCR Registration (CHANDI00256) |
| 10. | Pre-employment check (CHANDI 00257) |
| 11. | Truck Repair and Road Service Receipt (CHANDI 00258 – 00260) |
| 12. | Hussain Driver Hiring Form (CHANDI 00261-00285) |
| 13. | Copy of Front and Back of Drivers License (CHANDI 00286- 00287) |
| 14. | Dash Cam Video (produced in native format) (CHANDI 00288) |
| 15. | All documents produced by Plaintiff through discovery herein, that are not |
| 16. | Plaintiff's Medical Records and Bills corresponding with Witnesses 8 – 17. |
| 17. | Any exhibits listed by Plaintiffs, whether or not offered by Plaintiffs as an Exhibit at the trial of this matter, that are not objected to by Defendant. |

| | |
|---|---|
| 18. | Models, charts, diagrams, computer programs, slides and overhead projections to be used to explain the timeline of events. |
| 19. | All file material, contents, documents, records, and information contained in any Defendant's expert file and all information relied upon as the basis for his expert opinions. |
| 20. | Curriculum vitae of Defendant's expert witness, Ronald Blevins. |
| 21. | All file material, contents, documents, records, and information contained in any Plaintiff's expert, Jason Riddle file and all information relied upon as the basis for his expert opinions. |
| 22. | Curriculum vitae of Plaintiff's expert witness, Jason Riddle. |
| 23. | All file material, contents, documents, records, and information contained in any Plaintiff's expert, Ashley Lastrapes, PhD file and all information relied upon as the basis for his expert opinions |
| 24. | Curriculum vitae of Plaintiff's expert witness, Ashley Lastrapes, PhD. |
| 25. | Any and all enlargements of exhibits that are not objected to by Defendant. |
| 26. | Demonstrative exhibits as it concerns facts of the allegations and handling of Plaintiffs' claim. |
| 27. | Any and all exhibits, the identity and importance of which, are discovered in the process of discovery in this case. |
| 28. | Any documents needed by Defendant for rebuttal purposes. |
| 29. | Any documents needed by Defendant for impeachment or cross-examination. |

This Defendant reserves the right to supplement this Exhibit List as discovery is ongoing. As the discovery process continues, additional exhibits and witnesses may be identified.

**THEREFORE**, Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc., respectfully reserves the right to amend and make additions and corrections to the foregoing.

Respectfully submitted,

s/SETH A. CAYWOOD
MAURICE G. WOODS, II, OBA #16582
SETH A. CAYWOOD, OBA #30517
Maurice Woods, II PLLC
410 N.W. 13th Street
Oklahoma City, OK  73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
mw@mwoodslaw.com
seth@mwoodslaw.com
***Attorneys for Defendant***

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 18th day of December 2025, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 444-4444
Facsimile: (405) 232-0058
nate@parrishdevaughn.com
grant@parrishdevaughn.com
***Attorneys for Plaintiff***

s/SETH A. CAYWOOD

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ALDIN LEWIS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No: CIV-24-1112-PRW |
| WILAYAT HUSSAIN, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' FINAL WITNESS LIST

**COMES NOW** the Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc., and submits the following final list of witnesses expected to be used at trial. Defendants reserve the right to amend this list of witnesses pending further discovery.

Pursuant to FRCP 26(a)(1)(A)(i), the following are the names of individuals known at this time to likely have discoverable information, along with the subjects of that information, that Defendants may use to support its defenses.

## WITNESSES EXPECTED TO BE CALLED

| No. | Witness Name/Address | Anticipated Testimony |
|---|---|---|
| 1. | Wilayat Hussain<br>c/o Maurice Woods, II PLLC<br>410 NW 13th Street<br>Oklahoma City, OK 73103<br>405-232-5067 | Deposed. |
| 2. | Aldin Lewis<br>c/o Parrish DeVaughn, PLLC<br>3601 N Classen Blvd.<br>Oklahoma City, OK 73118 | Deposed. |

| No. | Witness Name/Address | Anticipated Testimony |
|---|---|---|
| 3. | Abid Hussain<br>c/o Maurice Woods, II PLLC<br>410 NW 13th Street<br>Oklahoma City, OK 73103<br>405-232-5067 | Testimony regarding the crash at issue, relationship with Defendants Wilayat Hussain and Chandi 209 Trucking, Inc. and/or Golden Mile Enterprises, Inc., or otherwise as deposed. |
| 4. | Direct Supervisor of Defendant Wilayat Hussain<br>c/o Maurice Woods, II PLLC<br>410 NW 13th Street<br>Oklahoma City, OK 73103<br>405-232-5067 | Testimony concerning the hiring, training, retention, supervision, and entrustment of its vehicle to Defendant Wilayat Hussain, investigation regarding the crash at issue, relationship with Golden Mile Enterprises, Inc., or otherwise as deposed. |
| 5. | Balwinder Chandi<br>c/o Maurice Woods, II PLLC<br>410 NW 13th Street<br>Oklahoma City, OK 73103<br>405-232-5067 | Testimony concerning the hiring, training, retention, supervision, and entrustment of its vehicle to Defendant Wilayat Hussain, investigation regarding the crash at issue, relationship with Golden Mile Enterprises, Inc., or otherwise as deposed. |
| 6. | Corporate Representative of Defendant Chandi 209 Trucking, Inc.<br>c/o Maurice Woods, II PLLC<br>410 NW 13th Street<br>Oklahoma City, OK 73103<br>405-232-5067 | Testimony concerning the hiring, training, retention, supervision, and entrustment of its vehicle to Defendant Wilayat Hussain, investigation regarding the crash at issue, relationship with Golden Mile Enterprises, Inc., or otherwise as deposed. |
| 7. | Corporate Representative of Golden Mile Enterprises, Inc.<br>1702 South Belmont Ave,<br>Indianapolis, IN 46221<br>(626) 216-3227 | Testimony concerning the hiring, training, retention, supervision, and entrustment of its vehicle to Defendant Wilayat Hussain, investigation regarding the crash at issue, relationship with Defendant Chandi 209 Trucking, Inc., or otherwise as deposed. |
| 8. | Erik Ulmer, Badge #2242<br>Oklahoma City Police Department<br>700 Colcord Drive<br>Oklahoma City, OK 73102<br>405-297-1000 | Testimony concerning investigation of collision. |
| 9. | Oliver Parks, Paramedic<br>EMSA<br>6205 South Sooner Road<br>Oklahoma City, OK 73135<br>405-297-7110 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |

| No. | Witness Name/Address | Anticipated Testimony |
|---|---|---|
| 10. | Travin Esselstrom, EMT<br>EMSA<br>6205 South Sooner Road<br>Oklahoma City, OK 73135<br>405-297-7110 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |
| 11. | Karyn Koller, M.D.<br>OU Medical Center<br>700 NW 13th Street<br>Oklahoma City, OK 73104<br>866-656-8715 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |
| 12. | Justin Porter, M.D.<br>Oklahoma Pain Management<br>3601 NW 138th Street, Suite 200<br>Oklahoma City, OK 73134<br>405-242-4100 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |
| 13. | Rob Rowe, D.C.<br>Dr. Rob Rowe Chiropractic<br>912 Straka Terrace<br>Oklahoma City, OK 73139<br>405-632-3773 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |
| 14. | All Treating Providers OKC Wellness<br>6825 S. Western Avenue<br>Oklahoma City, OK 73139<br>405-609-6600 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |
| 15. | Oliver Cvitanic, M.D.<br>Touchstone Imaging<br>4901 N. May Avenue, Suite 100<br>Oklahoma City, OK 73112<br>405-943-0055 | Facts and circumstances surrounding payments issued for treatment provided to Plaintiffs, submission of ledgers of said payments to Whitefeather Law during the handling of their UM claims. |
| 16. | Qualls Stevens, D.O.<br>Neurosurgical & Spine Associates of Oklahoma<br>8 SW 89th Street, Suite 100<br>Oklahoma City, OK 73139<br>405-455-3322 | Facts and circumstances surrounding treatment provided to Plaintiffs, authentication of original billing documents reflecting the true total costs, adjustments, and payments for of treatment provided to Plaintiffs. |

| No. | Witness Name/Address | Anticipated Testimony |
|---|---|---|
| 17. | Dr. Tuan Alex Nguyen<br>4115 N. Classen Blvd<br>OKC, OK 73118 | Plaintiff's primary care physician, will testify regarding Plaintiff underlying medical condition prior to the subject accident. |
| 18. | Jason Riddle<br>c/o Riddle Reconstruction & Consulting<br>3606 Newport Street<br>Marlow, OK 73055<br>(580) 641-1740 | Accident Reconstruction Expert. Testimony concerning the content of the report, methodology, interpretation and findings as they related to Plaintiff, or otherwise as deposed. |
| 19. | Ashley G. Lastrapes, PhD<br>c/o Stokes & Associates<br>1120 NASA Parkway 220K<br>Houston, TX 77058<br>(210) 857-2037 | Life Care Planner and Independent Medical Expert. Dr. Lastrapes is a practicing, vocational rehabilitation counselor and Life Care Planner Expert. As a designated independent medical expert, and as a designated physician life care planner, Dr. Lastrapes will assist the jury in understanding Plaintiff's medical conditions, including his impairments, disabilities, symptoms, duration of care, future medical requirements, and the associated costs of such requirements. Testimony concerning the content of the report, methodology, interpretation and findings as they related to Plaintiff, or otherwise as deposed. |
| 20. | Ronald L. Blevins<br>11201 South Council<br>Oklahoma City, Oklahoma 73173 | Mr. Blevins will testify as to the contents of his expert report being simultaneously produced to Plaintiffs. |
| 24. | All witnesses listed by Plaintiffs not objected to by Defendant. | |
| 25. | Any witness deposed in this case not objected to by Defendant. | |
| 26. | Any witnesses necessary to authenticate or identify records. | |
| 27. | Any additional witnesses to be listed as discovery proceeds. | |

Respectfully submitted,

s/SETH A. CAYWOOD
MAURICE G. WOODS, II, OBA #16582
SETH A. CAYWOOD, OBA #30517
Maurice Woods, II PLLC
410 N.W. 13th Street
Oklahoma City, OK  73103
Telephone: (405) 232-5067

- 4 -

Facsimile: (405) 232-0009
mw@mwoodslaw.com
seth@mwoodslaw.com
*Attorneys for Defendant*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 18th day of December 2025, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 444-4444
Facsimile: (405) 232-0058
nate@parrishdevaughn.com
grant@parrishdevaughn.com
*Attorneys for Plaintiff*

s/SETH A. CAYWOOD

- 5 -