IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALDIN LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILAYAT HUSSAIN and )<br>CHANDI 209 TRUCKING, INC., )<br>)<br>Defendants. ) | Case No: CIV-24-1112-PRW |

**RESPONSE AND OBJECTION TO PLAINTIFF'S
MOTION TO STRIKE
<u>DEFENDANTS' EXPERT RONALD BLEVINS</u>**

Defendants Wilayat Hussain and Chandi 209 Trucking, Inc., by and through counsel of record, hereby object to Plaintiff's Motion to Strike Defendants' Expert Ronald Blevins.

First, had Plaintiff complied with Fed. R. Civ. P. 37 (a)(1) and LCvR37.1 at any point prior to filing the motion, this motion would not have been necessary. (See also Plaintiff's Motion to Compel discovery [Dkt. 17], still pending before the court, making no mention of expert reports or opinions whatsoever.) Due to Plaintiff's failure to comply with the federal rules and this court's local rules, Plaintiff's motion should be denied.

Secondly, Plaintiff has once again omitted several relevant facts from his motion. First, in addition to Mr. Blevins, Plaintiff, Plaintiff's expert, and Plaintiff's Counsel were present at the joint inspection of Plaintiff's vehicle on August 5, 2025. As such, there is no surprise and Plaintiff is well aware of Mr. Blevins' inspection and opinions. Further, Mr. Blevins is a well-known expert in the field of accident reconstruction in and around

Oklahoma. As such, his qualifications and experience are renowned across the legal community.

Finally, Plaintiff again seeks to capitalize on the misfortune of Defense by failing to request the report and opinions of Mr. Blevins', after initial written discovery, at any time until the subject motion. Upon receipt of this motion, Plaintiff was immediately taken at his word that the report had not been transmitted – without verification or question – and a copy of all requested documents were provided. (Ex. 1 Correspondence to Plaintiff's Counsel.) Additionally at no time, before or after filing this motion, has Plaintiff requested the Deposition of Mr. Blevins.

### RESPONSE TO PLAINTIFF'S ARGUMENTS AND AUTHORITY

For the same reasons identified in Defendant's Reply to Plaintiff's Response to Defendant's Motion for Leave to File Final Exhibit and Witness Lists Out of Time, [Dkt. 31], Defendant has shown good cause and lack of prejudice to Plaintiff as well as the prohibition of Plaintiff's attempts to capitalize upon the extenuating circumstances experienced by Defense counsel since August 1, 2025. Defendant adopts and incorporates by reference pursuant to Fed. R. Civ. P. 10(c) the arguments and authorities proffered therein as if fully set forth here as all law and positions cited are equally relevant and responsive to the instant motion.

### CONCLUSION

Plaintiff's attempts to capitalize on the misfortune of Defense counsel should not be tolerated. *Tatum v. State* (*In re E.J.T.*), 2024 OK 14, ¶ 22, 544 P.3d 950, 959 (The Court will not "tolerate [Litigant's] attempt to 'lay behind the log'"). Further, Defendant has

shown good cause based on the extraordinary, extenuating and unprecedented circumstances which they have faced over the last several months. Finally, Plaintiff failed to comply with Fed. R. Civ. P. 37 (a)(1) and LCvR37.1 as such this motion first could have been avoided and should be denied out of hand.

                Respectfully submitted,

                s/Seth A. Caywood
                MAURICE G. WOODS, II, OBA #16582
                SETH A. CAYWOOD, OBA #30517
                McATEE & WOODS, P.C.
                410 N.W. 13th Street
                Oklahoma City, OK 73103
                Telephone: (405) 232-5067
                Facsimile: (405) 232-0009
                mauricew@mcateeandwoods.com
                sethc@mcateeandwoods.com
                ***Attorneys for Defendants***

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 29th day of December, 2025, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 444-4444
Facsimile: (405) 232-0058
nate@parrishdevaughn.com
grant@parrishdevaughn.com
***Attorneys for Plaintiff***

                s/Seth A. Caywood
                SETH A. CAYWOOD