| | |
|---|---|
| **From:** | Seth Caywood |
| **To:** | Grant Gibson; Nate Rex; Dawn Neal |
| **Cc:** | Nate Rex; Robin Jacobs; Kaitlyn Woods; Travis Leverett |
| **Subject:** | RE: Aldin Lewis case |
| **Date:** | Friday, December 19, 2025 5:25:00 PM |
| **Attachments:** | Blevin"s Report.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Report with case list and CV

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Seth Caywood
**Sent:** Friday, December 19, 2025 5:24 PM
**To:** 'Grant Gibson' <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Grant,

I was not aware that you had not been provided our expert stuff until I saw your motion this afternoon. Attached is the report I will get you everything else first thing Monday Morning. I don't know how to use dropbox and it's too large to attach. I will make Mr. Blevins available within the discovery period for a depo.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC

918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Thursday, December 18, 2025 9:59 AM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

We will object to you filing your witness and exhibit lists out of time. The applicable deadlines were never stayed, and we complied with them with the expectation that all parties would do the same.

We have made good-faith efforts to work with you on various issues throughout this case and have accommodated the majority of your requests without reciprocal accommodation. At this point, we cannot agree to any untimely filings. We are prepared to proceed to trial as scheduled and will not consent to further delays. Accordingly, we will move to strike any filings submitted outside the established deadlines.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Thursday, December 18, 2025 9:05 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn

Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Grant,

It looks like I overlooked filing my Witness and Exhibit lists. Do you object to our requesting leave to file it out of time?

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Tuesday, December 16, 2025 5:52 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

No need for a call. Please consider our 30(B)(6) Corporate Representative Notice of Deposition Withdrawn.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Tuesday, December 16, 2025 3:37 PM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Grant, I'm working on it. Why don't you give me a call or tell me when you are available so we can have the necessary meet and confer before I file a Motion to Quash the Deposition and reset the deadlines.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Tuesday, December 16, 2025 3:22 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

We need dates for your corporate representative(s) deposition prior to January 3, 2026 – the current discovery deadline. We will not agree or join a motion to continue or extend deadlines at this point. Please provide your client's availability to complete this deposition in

a timely manner on or before **Friday, December 19, 2025, at 12:00 PM CST**. If no dates are forthcoming, we will proceed to notice the deposition without further input and make a record.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Monday, December 15, 2025 1:04 PM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

That's fine.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Monday, December 15, 2025 12:38 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

At this point, my motion to stay deadlines will be moot if we withdraw our motion to amend. So I will move to withdraw our motion to amend by agreement and note the motion to stay is moot. Does that work for you?

**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Monday, December 15, 2025 11:58 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Ok, well of course I don't object to you withdrawing the Motion Amend but, the Motion to Compel remains outstanding and I think we are going to need new dates in any case. Also, do you show a disposition docket on this case in the State Court action? It's on the docket but, I can't figure out why. Do we agree that there is no reason for either of us to appear before Judge Bonner tomorrow morning?

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Monday, December 15, 2025 11:54 AM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

Once we withdraw our Motion for Leave to Amend, we will not refile. As for the Motion to Stay, that was pending the ruling on the Motion to Amend – which would be moot. Essentially, we want to proceed with the current deadlines and get the case to trial. We do not see the point in dragging it out for a same/similar result. Let me know if you have any additional questions, and if I have your approval to file an agreed Motion to Withdraw our Motions Docs. 15-16.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t  (405) 444-4444
f  (405) 232-0058
e  grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Monday, December 15, 2025 11:49 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

I've reached out to the company but, with he holidays this is a tall order. I think we are going to need new dates if you want these depositions. I don't object to the new dates. As far as the request to withdraw the motion to amend, do you intend to seek leave again at any point? As far as the Motion to Stay, with the pending motion to compel, that one makes sense to me. I guess I'm not understanding what you are wanting me to agree to.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa

MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Monday, December 15, 2025 10:15 AM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

At this point, we are planning to withdraw our pending motions, Doc. 15 – Motion for Leave and Doc. 16 Motion to Stay Deadlines. Do you have any objection or can we state it is agreed?

As for the corporate representative, we are happy to work with you on getting this as soon as possible and without moving the current deadlines. Please provide dates for the corporate representative's deposition to occur on or before January 3, 2026.

Feel free to give me a call if you have any questions.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t (405) 444-4444
f (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Thursday, December 11, 2025 9:29 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Grant,

I have a conflict on the 10th and I will need time to identify the proper person or persons to sit as Corporate representative likely out of California. This date is not going to work for us. I don't object to a joint motion to extend the remaining deadlines.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Wednesday, December 10, 2025 4:50 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth:

Good afternoon. Given the current discovery deadline, we need to move forward with additional depositions. As such, please see the attached 30(b)(6) Notice of Defendant Chandi 209 Trucking, Inc. Please let me know if you have any questions or if you would like to discuss.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Friday, November 14, 2025 4:04 PM
**To:** Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

I understand your position.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Nate Rex <nate@parrishdevaughn.com>
**Sent:** Friday, November 14, 2025 4:03 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Dawn Neal <dawn@pepperwins.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

OK understood. Golden Mile was never disclosed or identified in any previous discovery, and we are still within the statute of limitations to bring them in. We will move forward with our motion, noting your objection, and see what the court has to say. I will email you on Monday outlining what additional discovery we need to get completed for now, and then I guess we will go from there.

Have a nice weekend.

Nate Rex, Managing Attorney – Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: nate@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

"Protecting the rights of injured Oklahomans and changing the way people view lawyers, one relationship at a time."

**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Friday, November 14, 2025 4:00 PM
**To:** Nate Rex <nate@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

No need to call, yes we object. The time to amend expired back in April.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC

410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Nate Rex <nate@parrishdevaughn.com>
**Sent:** Friday, November 14, 2025 3:58 PM
**To:** Seth Caywood <seth@mwoodslaw.com>; Dawn Neal <dawn@pepperwins.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>; Travis Leverett <tleverett@parrishdevaughn.com>
**Subject:** RE: Aldin Lewis case

Seth –

Following yesterday's deposition, we intend to file a motion to amend the petition to name Golden Mile as a defendant. We need to know if you are going to oppose this motion? Please let me know your position as soon as possible, and if you would like to set a call to discuss this, we are more than willing.

Additionally, early next week I intend to send you an email confirming the remaining depositions and discovery I will need on this one. I would like to get those depos set as soon as possible.

Have a nice weekend.


Nate Rex, Managing Attorney – Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: nate@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

"Protecting the rights of injured Oklahomans and changing the way people view lawyers, one relationship at a time."

**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Tuesday, November 11, 2025 11:31 AM
**To:** Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@parrishdevaughn.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>
**Subject:** RE: Aldin Lewis case

That's fine, I was just trying to figure out how to get him there.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Dawn Neal <dawn@pepperwins.com>
**Sent:** Tuesday, November 11, 2025 9:46 AM
**To:** Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>
**Subject:** RE: Aldin Lewis case

Hi Seth,

We would like to use D&R for the depo and would like to notify them of this depo as soon as possible. If you prefer not to use D&R, what location do you propose?

Dawn Neal, Litigation Paralegal
PARRISH DEVAUGHN INJURY LAWYERS

t (405) 444-4444
d (405) 604-3322
f (405) 232-0058
e dawn@pepperwins.com

a: 3601 N. Classen Boulevard
Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

**From:** Seth Caywood <seth@mwoodslaw.com>
**Sent:** Tuesday, November 11, 2025 9:39 AM
**To:** Nate Rex <nate@parrishdevaughn.com>; Grant Gibson <Grant@parrishdevaughn.com>
**Cc:** Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>; Kaitlyn Woods <kaitlyn@mwoodslaw.com>
**Subject:** RE: Aldin Lewis case

Verifying now. What court reporter did you say you prefer?

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
MAURICE WOODS, II, PLLC
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Nate Rex <nate@parrishdevaughn.com>
**Sent:** Tuesday, November 11, 2025 9:05 AM
**To:** Candace Addington <candace@mwoodslaw.com>; Grant Gibson <Grant@parrishdevaughn.com>; Seth Caywood <seth@mwoodslaw.com>
**Cc:** Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>
**Subject:** RE: Aldin Lewis case

Seth –

I can confirm we can do Mr. Hussain depo this Thursday afternoon in OKC. Please confirm a location asap so we can set up court reporter and issue notice.

Thanks,

Nate Rex, Managing Attorney – Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: nate@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



"Protecting the rights of injured Oklahomans and changing the way people view lawyers, one relationship at a time."

**From:** Candace Addington <candace@mwoodslaw.com>
**Sent:** Tuesday, November 11, 2025 8:01 AM
**To:** Grant Gibson <Grant@parrishdevaughn.com>; Seth Caywood <seth@mwoodslaw.com>; Nate Rex <nate@parrishdevaughn.com>
**Cc:** Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>; Robin Jacobs <robin@mwoodslaw.com>
**Subject:** RE: Aldin Lewis case

All,

Robin Jacobs is the new paralegal on this case (cc'd here). Please include her on all future emails and remove me. Her email is robin@mwoodslaw.com. Also note that our firm name and email addresses have changed to Maurice Woods, II PLLC. Seth Caywood's email address is Seth@mwoodslaw.com. A Notice of Change of Firm Name is forthcoming.

Regards,

Candace F. Addington
Paralegal
Maurice Woods, II PLLC
410 NW 13th Street
Oklahoma City, OK 73103
405-232-5067 (o)
405-232-0009 (f)

CONFIDENTIALITY NOTICE: This e-mail message and any attached files are being sent by or on behalf of an attorney. This correspondence and any attachments are confidential and intended solely for the use and view of the intended recipient(s). This communication may also contain material protected by attorney-client, work-product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error. Any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message or any attachments is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete and destroy the message and its attachments without saving in any manner.

**From:** Grant Gibson <Grant@parrishdevaughn.com>
**Sent:** Tuesday, November 4, 2025 3:09 PM
**To:** Seth Caywood <SethC@McAteeandWoods.com>; Nate Rex <nate@parrishdevaughn.com>
**Cc:** Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>; Candace Addington <CandaceA@McAteeandWoods.com>
**Subject:** RE: Aldin Lewis case

Seth:

Good afternoon,
I wanted to check in regarding our pending supplementation request. Our deadlines are approaching in less than a month, and I want to be sure we stay on track. If additional time would be helpful, we'd be open to discussing a joint application for a 90–120 day extension.

Please let me know when we can expect your supplementation. If we don't hear back by Friday, we'll plan to proceed with our motion to compel.

Best regards,

L. Grant Gibson, Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: grant@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

**From:** Seth Caywood <SethC@McAteeandWoods.com>

**Sent:** Monday, October 27, 2025 4:39 PM
**To:** Nate Rex <nate@parrishdevaughn.com>
**Cc:** Grant Gibson <Grant@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>; Candace Addington <CandaceA@McAteeandWoods.com>
**Subject:** RE: Aldin Lewis case

Nate, as we discussed, I hope to have answers to you regarding the driver soon. I still need your client's HIPAA Authorization.

Sincerely,

Seth A. Caywood
Operational Partner - Tulsa
McAtee & Woods, P.C.
410 N.W. 13th Street
Oklahoma City, OK 73103
405-232-5067 OKC
918-928-5960 Tulsa
918-510-6381 Cell
405-232-0009 Facsimile

**From:** Nate Rex <nate@parrishdevaughn.com>
**Sent:** Monday, October 27, 2025 4:37 PM
**To:** Seth Caywood <SethC@McAteeandWoods.com>
**Cc:** Grant Gibson <Grant@parrishdevaughn.com>; Dawn Neal <dawn@pepperwins.com>; Nate Rex <nate@pepperwins.com>
**Subject:** Aldin Lewis case

Seth –

Thanks for the call last Friday. As we discussed, we are coming up quickly on deadlines, and we still have not received your supplemental discovery responses that we talked about at my client's deposition. Please supplement those responses by next Friday (10/31/25) as agreed. If you need additional time on this, please let me know.

I am still needing to take the deposition Defendant Hussain, and I understand you have now made contact with him. Please let me know where we stand on getting his deposition set ASAP. I would like to get that date confirmed and on the calendar in the next week.

Additionally, I would like the deposition of co-driver Abid Hussain. Please advise me of his availability for a discovery deposition. If you are unable to secure his depo for me, please let me know.

Lastly, I need to set the deposition of the direct supervisor of Defendant Hussain. Due

to your objections in our introductory request, this person has never been disclosed. I would ask for the depo of the direct supervisor of Defendant Hussain. We may also want the depo of the owner of Chandi Trucking, Balwinder Chandi.

I look forward to hearing back from you soon. Please give me a call at your convenience if needed. 405-406-0518


Nate Rex, Managing Attorney – Injury Lawyer
PARRISH DEVAUGHN INJURY LAWYERS

t: (405) 444-4444
f: (405) 232-0058
e: nate@parrishdevaughn.com

a: 3601 N. Classen Boulevard
   Oklahoma City, Oklahoma 73118
w: http://www.parrishdevaughn.com/



OFFICIAL PERSONAL INJURY LAWYERS OF THE OKLAHOMA CITY THUNDER

"Protecting the rights of injured Oklahomans and changing the way people view lawyers, one relationship at a time."

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links

or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]

[CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]