IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALDIN LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-1112-PRW |
| WILAYAT HUSSAIN, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the Court is Plaintiff's Motion to Withdraw his Motion to Compel and Motion to Strike (Dkt. 37). The Court originally referred the Motions to Compel and Strike to Magistrate Judge Shon T. Erwin and stayed the case pending their resolution. Upon review, and for good cause shown, the Court **VACATES** the referral; **GRANTS** the Motion to Withdraw (Dkt. 37); **VACATES** the stay; and **RESETS** the case on the March 2026 Trial Docket.

**IT IS SO ORDERED** this 23rd day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1