**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALDIN LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1112-PRW |
| | ) | |
| WILAYAT HUSSAIN and CHANDI 209 | ) | |
| TRUCKING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

1.    We, the jury, find by the greater weight of the evidence that Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc., by and through Wilayat Hussain, are liable for **negligence**.

____✓____          _____

YES                          NO

*If you answered "yes" to Question 1, answer Questions 2 and 3. If you answered "no" to Question 1, do **not** answer Questions 2 and 3:*

2.    With respect to the comparative negligence of the parties, we, the jury, find by the greater weight of evidence the negligence of each party was as follows:

A.    Plaintiff Aldin Lewis's negligence                    __5__ %

B.    Defendants Wilayat Hussain and
Chandi 209 Trucking, Inc.'s negligence          __95__ %

(A. and B. must total 100%)

3.    We, the jury, find by the greater weight of the evidence that Defendant Chandi 209 Trucking, Inc., is liable for **negligent entrustment.**

√
_____                    _____

YES                            NO

*If you answered "yes" to Question 3, answer Question 4. If you answered "no" to Question 3, do __not__ answer Question 4:*

4.    We, the jury, find by clear and convincing evidence that the Defendant, Chandi 209 Trucking, Inc., acted in reckless disregard of the rights of others.

√
_____                    _____

YES                            NO

*Answer Question 5 __only__ if in your answer to Question 2 you found that the percentage of Plaintiff Aldin Lewis's negligence is equal to or of lesser percentage than the negligence of the Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc. You should determine the amount of damages (if any) without regard to any percentage of negligence assigned to Plaintiff Aldin Lewis in your answer to Question 2. The Court will reduce the dollar amount of damages by the percentage of negligence (if any) assigned to Plaintiff Aldin Lewis.*

5.    We, the jury, fix the dollar amount of Plaintiff Aldin Lewis's actual damages as follows:

$ 4,500,000.00

_Casey McCarty_____                    ___3/26/26_____

Foreperson                            Date