## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ALDIN LEWIS,                               )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )          Case No. CIV-24-1112-PRW
                                           )
WILAYAT HUSSAIN and CHANDI 209             )
TRUCKING, INC.,                            )
                                           )
                    Defendants.            )

### JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Patrick R. Wyrick, District Judge, presiding. The issues have been tried on March 24, 25, and 26, 2026, and the jury rendered its unanimous verdicts on March 26, 2026.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff **ALDIN LEWIS** against Defendants **WILAYAT HUSSAIN** and **CHANDI 209 TRUCKING, INC.** in the amount of $4,275,000.00 in actual damages on the negligence and negligent entrustment claims, and against **CHANDI 209 TRUCKING, INC.** in the amount of $3,500,000.00 in punitive damages for reckless disregard of the rights of others.

**IT IS SO ENTERED** this 27th day of March 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1