## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ALDIN LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-1112-PRW** |
| | ) | |
| **WILAYAT HUSSAIN, Individually,** | ) | |
| **CHANDI 209 TRUCKING, INC.,** | ) | |
| *a Stock Corporation,* | ) | |
| | ) | |
| **Defendants** | ) | |

### MAURICE G. WOODS, II AND MAURICE WOODS, II PLLC's
### <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

PURSUANT TO Local Civil Rule 83.5, Maurice G. Woods, II and Maurice Woods, II PLLC submits the following Motion to Withdraw as Counsel of Record for Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc., ("Defendants"). In support of this Motion, Mr. Woods respectfully shows the Court as follows:

1. Maurice G. Woods, II and Maurice Woods, II PLLC previously entered his appearance alongside Mr. Caywood on behalf of Defendants in this matter.

2. Seth A. Caywood's last day of employment with Mr. Woods' law office was March 31, 2026. Mr. Caywood has informed that he will continue to represent the Defendants herein.

3. In addition, since the time of Mr. Caywood's departure from the firm, and as an additional reason for the withdrawal, Woods now believes the potential for an irreconcilable conflict of interest has arisen between the clients, their insurance representatives and undersigned counsel which further necessitates withdrawal.

1

4. As Mr. Caywood was the primary lawyer handling this case, and the sole defense attorney who tried the matter before the Court, withdrawal of Maurice G. Woods, II and Maurice Woods, II PLLC as counsel of record will not prejudice or adversely affect Defendants.

5. Notice of withdrawal has been provided to the clients. Through other outside counsel, Chandi 209 Trucking, Inc. asked that no motion to withdraw be filed before close of business Monday, April 6, 2026 so that any objection could be considered. Since that time no objection has been received and no agreement has been made for Woods to remain counsel of record for Chandi 209 Trucking, Inc. Mr. Hussain has not responded to the notification of counsel's intent to withdraw. The insurance claims company has voiced no objection to the withdrawal and has stated its wishes that Mr. Caywood remain chosen counsel of record.

6. A telephone call was placed to Plaintiffs' counsel last week and a message was left whether Plaintiff objected to the withdrawal, but no call back or objection has been received.

7. A proposed Order granting this Motion to Withdraw is submitted herewith.

WHEREFORE, Maurice G. Woods, II and Maurice Woods, II PLLC respectfully requests that this Court enter an Order allowing withdrawal as counsel of record for Defendants in this case.

2

Respectfully submitted,

/s/ Maurice G. Woods, II_____
MAURICE G. WOODS, II, OBA #16582
MAURICE WOODS, II PLLC
4811 Gaillardia Parkway, Suite 100
Oklahoma City, OK 73142
Telephone: (405) 628-0000
Facsimile: (405) 628-0001
MW@MWoodsLaw.com
***Attorney for* Defendants, Wilayat Hussain and Chandi 209 Trucking, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing document was served by:

☒  Email
☐  Fax
☐  First Class Mail
☐  Certified Mail, Return Receipt Requested
☐  Hand Delivery

upon the following on the 8th  day of April, 2026:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
Telephone: (405) 444-4444
Facsimile: (405) 232-0058
nate@parrishdevaughn.com
grant@parrishdevaughn.com
***Attorneys for Plaintiff***

__/s Maurice G. Woods, II
MAURICE G. WOODS, II

3