**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALDIN LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>WILAYAT HUSSAIN, *Individually*, and<br>CHANDI 209 TRUCKING, INC., *a Stock Corporation*,<br><br>Defendants. | ) | Case No. CIV-24-1112-PRW |

**PLAINTIFF'S APPLICATION FOR HEARING ON ASSETS**

Plaintiff Aldin Lewis obtained judgment against Defendant Chandi 209 Trucking, Inc. ("Chandi") on March 27, 2026. Dkt. 90. Upon information and belief, Chandi owns property that is not exempt from execution, but the exact nature and extent of that property is unknown to Plaintiff. Thus, Plaintiff requests an order under Fed. R. Civ. P. 69 and Okla. Stat. Tit. 12 § 842 compelling Chandi to appear for the purpose of answering questions and producing documents related to its property. A list of documents that Plaintiff is requesting Chandi produce prior to the hearing is attached as Exhibit 1.

When attempting to execute a judgment, Fed. R. Civ. P. 69 allows a creditor to obtain discovery in aid of the judgment or execution but largely defers to state law of the state where the court is located. Under Oklahoma law, after a final judgment has been entered, a court may hold a hearing where the judgment debtor must appear to answer questions regarding the judgment debtor's property. *See* Okla. Stat. Tit. 12 § 842(A); *see*

*also Cline v. Sunoco, Inc. (R&M)*, Case No. CIV-17-313-JAG, 2022 WL 19336420 at 1* (E.D. Okla. Nov. 4, 2022) (noting district court assignment of post-judgment asset hearing to magistrate judge under Fed. R. Civ. P. 69).

Therefore, Plaintiff respectfully requests an order directing Chandi to appear and answer questions under oath concerning its property and to produce the documents requested in Exhibit 1.

Respectfully Submitted,

/s/ Travis Leverett
Travis Leverett, OBA #36356
Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
405-444-4444
405-232-0058 (f)
Tleverett@parrishdevaughn.com
Nate@parrishdevaughn.com
Grant@parrishdevaughn.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to counsel for Defendants, who are ECF registrants.

*/s/ Travis Leverett*
Travis Leverett