**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALDIN LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>WILAYAT HUSSAIN, *Individually*, and<br>CHANDI 209 TRUCKING, INC., *a Stock Corporation*,<br><br>Defendants. | ) | Case No. CIV-24-1112-PRW |

**EXHIBIT 1**

**Records pertaining to Defendant/Judgment Debtor, Chandi 209 Trucking, Inc.**

1. All bank statements, canceled checks, withdrawal orders, deposit slips and other evidence of debits or credits to any deposit account in which you held any interest, signature or debit authority at any time during the period from March 3, 2024, to the present;
2. All records of any sales or transfers of ownership of any semis or trailers that you owned or partially owned from March 3, 2024 to present;
3. Statements, notices, history reports, and other evidence of debits or credits to any internet financial facility account in which you held any interest or debit authority at any time during the period from March 3, 2024, to the present (internet financial facilities include, but are not limited to PayPal, Google

Checkout, Neteller, PayPay, AlertPay, iKobo, AnyPay, Payko, Cashapp, Venmo, Wechat, etc.);

4. All insurance policies (liability, causalty, property, umbrella, etc.) in force on March 3, 2024;
5. All agreements between yourself and any other entity regarding a joint venture or shared interest in assets or liabilities in place at any time between March 3, 2024, and the present;
6. All financial statements prepared by or for you setting out any information on your financial condition for any period between March 3, 2024, and the present;
7. Complete copies of your state and federal tax documents together with all supporting forms, schedules, or other attachments, for tax years 2023, 2024, and 2025;
8. Records of asset transfers, assignments, gifts, conveyances, mortgages, and other forms of transfers in which you were involved, occurring at any time after March 3, 2024;
9. Documents associated with any liens attached to any of your property, including but not limited to semis and trailers between March 3, 2024, and the present;
10. A full and complete list of all real property owned in whole or in part by you at any time after March 3, 2024, along with physical descriptions of that real property;

11. A full and complete list, including names, addresses, and phone numbers, of all persons or entities from whom you purchased property, or for which you have sold property after March 3, 2024;
12. A full and complete organization chart of your organization, along with a full and complete list, including names, addresses, and phone numbers of all persons who serve as members, managers, executives, owners, directors, members of the board, or other controlling position at Chandi 209 Trucking, Inc.;
13. The current operating agreement or functional equivalent for Chandi 209 Trucking, Inc. as well as the operating agreement or functional equivalent in place on March 3, 2024;
14. All merchant account records generated in the course of transactions with Visa, Mastercard, American Express, or Discover since March 3, 2024;
15. All payroll, employment, and personnel records generated by you or on your behalf or by or on behalf of any other entity in which you held or hold any interest for any period after March 3, 2024;