**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALDIN LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>WILAYAT HUSSAIN and<br>CHANDI 209 TRUCKING, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: CIV-24-1112-PRW |

**DEFENDANT'S MOTION TO QUASH**
**<u>APPLICATION FOR HEARING ON ASSETS</u>**

Defendants Wilayat Hussain and Chandi 209 Trucking, Inc., by and through counsel of record, hereby move this honorable court to quash Plaintiff's application for hearing on assets. Plaintiff has requested a person appear, in person, outside the geographic limitations detailed in Fed. R. Civ. P 45(c) as the individuals necessary to respond to Plaintiff's inquiry and the document and tangible assets are all located in the State of California. As such, Plaintiff must domesticate and collect his judgment within the State of California pursuant to 28 U.S.C. § 1963, *In re Kirland*, 75 F.4th 1030 (9th Cir. 2023).

Respectfully submitted,

/s/ Seth A. Caywood
Seth A. Caywood, OBA #30517
HOLBROOK LEAVITT & ASSOCIATES, PLLC
4815 S. Harvard Ave., Ste 360
Tulsa, OK 74135
P: (918) 373-9394
F: (918) 539-0269
E: seth@holbrookleavitt.com
***Counsel for the Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that a full, true and correct copy of the above and foregoing document was served on the file stamped date above, via:

Nathan D. Rex, OBA #31694
L. Grant Gibson, OBA #33513
PARRISH DEVAUGHN, PLLC
3601 N. Classen Boulevard
Oklahoma City, OK 73118
P: (405) 444-4444
F: (405) 232-0058
E: nate@parrishdevaughn.com
E: grant@parrishdevaughn.com
***Attorneys for Plaintiff***

☒ ECF Filing
☐ First Class Mail, Proper Postage Prepaid
☐ E-mail
☐ Certified Mail, Return Receipt Requested
☐ Facsimile
☐ Hand Delivery
☐ Overnight Express Delivery

/s/ Seth A. Caywood